UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:22-cv-01120-BJD-JBT

Sheila M. Acevedo,
and other similarly situated individuals,

    Plaintiff (s)

v.

Mercado Santiago, Inc.
and Enrique Santiago, individually,

    Defendants,

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff hereby discloses pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Sheila M. Acevedo, Plaintiff
- Zandro E. Palma, Esq., Counsel for The Plaintiff
- Mercado Santiago, Inc, Defendant
- Enrique Santiago, Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **None.**

The undersigned hereby certifies that, except as disclosed above, Plaintiff is unaware of any actual or potential conflict of interest involving

the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. The undersigned further certifies that Plaintiff has inserted "None" if there is no actual or potential conflict of interest.

Dated:   November 1, 2022

                Respectfully submitted,

                **ZANDRO E. PALMA, P.A.**
                **Attorney for Plaintiff**
                9100 S. Dadeland Blvd. Suite 1500
                Miami, FL 33156
                Telephone:  (305) 446-1500
                Facsimile:   (305) 446-1502
                zep@thepalmalawgroup.com
                BY:  **s/Zandro E. Palma**

                Zandro E. Palma Esq.
                Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      BY: **/s/ Zandro E. Palma**
      Zandro E. Palma Esq.
      Florida Bar No.: 0024031