UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:22-cv-01120-BJD-JBT

Sheila M. Acevedo,
and other similarly situated individuals,

    Plaintiff (s)
v.

Mercado Santiago, Inc.
and Enrique Santiago, individually,

    Defendants,
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:


___X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the part.

Dated: November 1, 2022            Respectfully submitted,

ZANDRO E. PALMA, P.A.
**Attorney for Plaintiff**
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com
BY: **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd., Ste 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com
BY: **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
*Attorney for Plaintiff*