# VERIFIED RETURN OF SERVICE

Job # 2020229

**Client Info:**

ZANDRO E. PALMA, P.A.
Florida Bar No.: 0024031
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156

**Case Info:**

| PLAINTIFF: | UNITED STATES DISTRICT COURT for the Middle District of Florida |
|---|---|
| Sheila M. Acevedo | |
| -versus- | Court Division: CIVIL |
| **DEFENDANT:** | Court Case # **3:22-cv-01120-BJD-JBT** |
| Mercado Santiago, Inc., and Enrique Santiago | |

**Service Info:**

**Date Received: 10/28/2022** at **12:43 PM**
**Service:** I Served **MERCADO SANTIAGO, INC. c/o ENRIQUE P. SANTIAGO, as Registered Agent**
With: **SUMMONS IN A CIVIL ACTION; COLLECTIVE ACTION COMPLAINT**
by leaving with **MERCADO SANTIAGO, INC. c/o ENRIQUE P. SANTIAGO, as Registered Agent, REGISTERED AGENT**

At Residence **4009 WHITE BARK PLANTATION DRIVE MIDDLEBURG, FL 32068**
Latitude: **30.117722**, Longitude: **-81.818854**

On **11/1/2022** at **07:12 PM**
**Manner of Service: CORPORATE**
Corporate Service was performed by delivering a true copy to designated person to accept.

**Served Description:** (Approx)

Age: **71**, Sex: **Male**, Race: **Hispanic**, Height: **5' 10"**, Weight: **170**, Hair: **Gray** Glasses: **No**

I **John Householder** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*John Householder*

---

**John Householder**
Lic # **095**

**LINDSAY LEGAL SERVICES, INC.**
7105 SW 8TH ST, SUITE 307
Miami, FL 33144

Client # 2022002466
Job # 2020229


